```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                  **MEMORANDUM**

-against-                                  16 Cr. 463 (VB)

ARIEL VARSANYI,

                Defendant.
-----------------------------------------------------------X

TO: Vincent L. Briccetti, United States District Judge:

    Please find attached a transcript of the November 30, 2016 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: January 19, 2017
       White Plains, New York

                                          Respectfully Submitted,

                                          /s/ Judith C. McCarthy
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge

*[Handwritten endorsement:]* Upon the Report and Recommendation of Judge McCarthy, the Court accepts the defendant's guilty plea, and he is adjudged guilty on Counts One and Two of the felony information. So ordered: /s/ VB USDJ 1/24/17

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/19/17
```