

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 24, 2020

**BY ECF AND EMAIL**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 6/24/20
White Plains, NY

Extension to 7/7/2020 is granted

Re:   *United States v. Ariel Varsanyi*, No. 16 Cr. 463 (VB)

Dear Judge Briccetti:

      The Government respectfully requests an extension of time—to July 7, 2020—to submit a letter setting forth the parties' positions with respect to (1) the modification of the defendant's sentence as proposed by the Court during the conference held on June 11, 2020, and (2) the recalculation of the defendant's remaining term of imprisonment. Per the Court's order during the June 11, 2020 conference, the submission setting forth the parties' positions is due to be filed by the Government on June 25, 2020. This is the first request for an extension of time with respect to this submission. The Government would like more time to confer with the defense regarding the foregoing and to further confer with the Bureau of Prisons regarding the computation of the defendant's remaining term of imprisonment.

      I have conferred with Kerry Lawrence, counsel for the defendant, and Mr. Lawrence consents to this request.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      Acting United States Attorney

                           By: */s/ Kevin T. Sullivan*
                                Kevin T. Sullivan
                                Assistant United States Attorney
                                (914) 993-1924

cc:   Kerry Lawrence, Esq. (by ECF and Email)