

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 7, 2020

**BY ECF**

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 7/8/20
White Plains, NY

Further update due 7/14/20

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Ariel Varsanyi*, No. 16 Cr. 463 (VB)

Dear Judge Briccetti:

    The Government respectfully submits this letter to inform the Court that, given the Court's findings as to its intent and expectation with respect to the execution of the defendant's sentence, as stated by Your Honor during the conference held on June 11, 2020, the Bureau of Prisons ("BOP") is working to adjust its computation of the defendant's sentence accordingly. The Government has apprised defense counsel of this development and expects the BOP to finalize the adjusted computation within the next week. The Government respectfully requests that the parties be permitted to provide a further update to the Court by July 14, 2020 regarding the adjusted computation and whether any further relief is to be sought by the defendant.

    I have conferred with Kerry Lawrence, counsel for the defendant, and Mr. Lawrence consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    By: */s/ Kevin T. Sullivan*
        Kevin T. Sullivan
        Assistant United States Attorney
        (914) 993-1924

cc:    Kerry Lawrence, Esq. (by ECF)