# CALHOUN & LAWRENCE, LLP
## ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*

KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

July 20, 2020

**APPLICATION GRANTED**
**SO ORDERED:**

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 7/20/20
White Plains, NY

Further update due 8/5/2020

**BY ECF**
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Ariel Varsanyi**
16 Cr. 463 (VLB)

Dear Judge Briccetti:

I am writing to ask the Court for a two week extension of time to advise the Court if we will withdraw Mr. Varsanyi's previously filed motion seeking a reduction of sentence or order to the Bureau of Prisons which was predicated on a claim that the Bureau of Prisons had not credited Mr. Varsanyi for his time in federal and state custody.

While the Defendant greatly appreciates the Government's assistance in securing a reduction of his time owed under his sentence, the Bureau of Prisons has retracted credit they gave him in recent weeks and it may still be the case that he is not being credited for time he deserves. The two week additional period sought by this letter motion will be used to further pursue this matter with the Bureau of Prisons and the Government so that we may not require any judicial assistance.

Thank your for the Court's and the Government's attention to this matter.

Respectfully submitted,

Kerry A. Lawrence

KAL/kvm