# CALHOUN & LAWRENCE, LLP
## ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*

KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

(914) 946-5906

**BY ECF**
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

> APPLICATION GRANTED:
> For the reasons set forth in this letter, the pending motion for reduction of sentence and/or compassionate release (Doc. #62) is withdrawn without prejudice. The Clerk is instructed to terminate Docs. #62 and #78.
> SO ORDERED:
>
> *(signed)* Vincent L. Briccetti, U.S.D.J.    8/3/2020

Re:   **United States v. Ariel Varsanyi**
    **16 Cr. 463 (VLB)**

Dear Judge Briccetti:

I am writing to withdraw, without prejudice to any future claims, the Defendant's present motion for reduction of sentence and/or compassionate release.

Since the filing of the motion, the Bureau of Prisons has recalculated the amount of time Mr. Varsanyi owes on the sentence issued by Your Honor. While many of our concerns about how the Bureau of Prisons has effectuated Your Honor's sentence have been rectified, there remains an issue of the amount of time Mr. Varsanyi has been credited for time served.

Because I am continuing to work with the Government to resolve this issue, rather than keep the present motion pending it seems prudent to withdraw the motion with leave to move again if warranted. By withdrawing this motion I also do not intend to waive any claims that should be made for compassionate release or sentence reduction based on health concerns that might arise in the future.

Thank you for the Court's attention to his matter.

Respectfully submitted,

*Kerry A. Lawrence*

Kerry A. Lawrence

KAL/kvm

cc:   AUSA Kevin Sullivan (via ECF)