UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA   :
: **ORDER**
v.   :
: 16 CR 463 (VB)
ARIEL VARSANYI,   :
           Defendant.   :
--------------------------------------------------------------x

    On December 18, 2020, defendant Ariel Varsanyi, through counsel, filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. #81).

    Varsanyi's motion indicates the statute's exhaustion requirement has been satisfied.

    Accordingly, by January 11, 2021, the government is directed to file its response to the motion.  The government's response shall address the merits of the motion.

Dated: December 21, 2020
       White Plains, NY            SO ORDERED:

                                                 _____
                                                 Vincent L. Briccetti
                                                 United States District Judge