UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     16 CR 463 (VB)
ARIEL VARSANYI,                   :
                   Defendant.     :
--------------------------------------------------------------x

      On January 11, 2021, the government filed its letter response to the pending motion for reduction of sentence. (Doc. #83).

      Because the government's letter refers to events that have taken place since the initial motion was filed, and refers to medical records that do not appear to have been included with the initial motion, defense counsel is directed to file a reply by no later than January 19, 2021.

Dated: January 12, 2021
      White Plains, NY          SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge